UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**PAMELA HUMPHREY,**

    **Plaintiff,**

**v.**                                        **Case No. 8:04-cv-2415-T-30TGW**

**FORD MOTOR CREDIT CO., et al.,**

    **Defendants.**
_____/

## ORDER OF DISMISSAL

THIS CAUSE comes before the Court *sua sponte*. The Plaintiff has failed to file an Amended Complaint within twenty days pursuant to this Court's Order (Dkt. #5) entered on November 9, 2004. It is therefore

**ORDERED AND ADJUDGED** as follows:

1. This cause is dismissed without prejudice.

2. All pending motions are denied as moot.

3. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida on December 3, 2004.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

S:\Odd\2004\04-cv-2415.dismissal.wpd